**Luis Roberto MARTINEZ–VARGAS Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–72095.
Agency No. A76–728–506.

United States Court of Appeals, Ninth Circuit.

---

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Richard M. Evans, Esq., Paul Fiorino, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

### MEMORANDUM **

Luis Roberto Martinez–Vargas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an Immigration Judge's decision denying his application for cancellation of removal. We deny the petition.

Martinez–Vargas' sole contention in his petition for review is that the BIA's summary affirmance procedure violates due process. This contention is foreclosed by our decision in *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 851 (9th Cir.2003).

### PETITION FOR REVIEW DENIED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the